UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| CASEY HAIRRELL ) | |
| ) | |
| Plaintiff, ) | Case No. 1:04cv1328 T/AN |
| ) | |
| v. ) | |
| ) | JUDGE TODD |
| INTERNATIONAL PAPER ) | MAGISTRATE JUDGE ANDERSON |
| ) | |
| Defendant. ) | |

### ORDER

Defendant's Motion for Extension of Time within in which to respond to the Plaintiff's Motion for Partial Summary Judgment in the above-captioned action is presently pending before this Court.

Upon a showing of good cause, the Court finds that Defendant's motion should be for extension of time should be, and therefore is, granted. Accordingly, the time for Defendant to file its response to Plaintiff's Motion for Summary Judgment is extended up to and including December 19, 2005.

IT IS SO ORDERED this 3rd day of October, 2005.

_____
United States District Court Judge

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on  10-04-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 1:04-CV-01328 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

Michael L. Russell
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Justin Gilbert
THE GILBERT LAW FIRM
2021 Greystone Park
Jackson, TN 38308

Nicole Marie Walthour
INTERNATIONAL PAPER CO
6400 Poplar Ave.
Memphis, TN 38197

Honorable James Todd
US DISTRICT COURT